THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROBERT H. BOWLEY, Appellant.

(Argued January 14, 1931; decided February 10, 1931.)

*Henry Hirschberg* and *William P. Gregg* for appellant.

*Franklin A. Schriver, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.